UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER G. GRAIN, M.D. and ANNETTE
BARNES, M.D.,

       Plaintiffs,

                                  Case No. 03-72486

v.

                                  Honorable Patrick J. Duggan

TRINITY HEALTH, MERCY HEALTH
SERVICES, INC., d/b/a MERCY
HOSPITAL-PORT HURON, MARY R.
TRIMMER, JERE BALDWIN, M.D.,
BERNARD VELARDO, M.D., AND
MAHMOUD CHAFTE, M.D.,

       Defendants.
_____/

## ORDER LIFTING STAY NUNC PRO TUNC

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on October 14, 2008.

PRESENT:      THE HONORABLE PATRICK J. DUGGAN
                     U.S. DISTRICT COURT JUDGE

On August 11, 2004, this Court entered an order staying the above-captioned

matter in order for the parties to arbitrate certain claims alleged in Plaintiffs' complaint.

An arbitration panel entered an arbitration award with respect to those claims on

December 12, 2007.  Plaintiffs thereafter filed a motion in this Court on December 22,

2007, seeking a confirmation and correction of the arbitration award.  At that time,

however, neither party asked this Court to lift the stay and the Court did not do so on its

own initiative.  Nevertheless, the parties and the Court have proceeded with this matter as if the stay were lifted.

Accordingly,

**IT IS ORDERED**, that the stay entered on August 11, 2004 is **lifted nunc pro tunc** to December 22, 2007.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Elmer L. Roller, Esq.
Gary P. Supanich, Esq.
Richard J. Seryak, Esq.
Russell F. Ethridge, Esq.