UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER G. GRAIN, M.D. and ANNETTE
BARNES, M.D.,

      Plaintiffs,

v.

                                          Case No. 03-72486

TRINITY HEALTH, MERCY HEALTH
SERVICES, INC., d/b/a MERCY              Honorable Patrick J. Duggan
HOSPITAL-PORT HURON, MARY R.
TRIMMER, JERE BALDWIN, M.D.,
BERNARD VELARDO, M.D., and
MAHMOUD CHAFTE, M.D.,

      Defendants.
_____ /

## JUDGMENT

Plaintiffs filed this lawsuit against Defendants on June 26, 2003. On July 23, 2009, Defendants filed a motion for summary judgment with respect to the claims remaining in this case and, on this date, the Court granted the motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiffs' complaint is **DISMISSED WITH PREJUDICE**.

DATE: October 13, 2009                                      _____
                                                             s/PATRICK J. DUGGAN
                                                             U.S. District Court Judge

Copies to:
Elmer L. Roller, Esq.
Gary P. Supanich, Esq.
W. Mack Faison, Esq.
Richard J. Seryak, Esq.
Linda O. Goldberg, Esq..